IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL B. WILLIAMS,** | Case No. C 14-1831 PJH (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **AUDREY KING,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until December 19, 2014, to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any.

IT IS SO ORDERED

Dated: October 27, 2014

_____
The Honorable Phyllis J. Hamilton
United States District Court Judge

1

[Proposed] Order (C 14-1831 PJH (PR))